**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Zhang vs. Entities on Schedule A

Case Number: 1:24-cv-06834

An appearance is hereby filed by the undersigned as attorney for:
Sen Zhang

Attorney name (type or print): Shengmao Mu

Firm: Whitewood Law PLLC

Street address: 57 West, 57th Street, 3rd and 4th Floors

City/State/Zip: New York, NY, 10019

Bar ID Number: 5707021
(See item 3 in instructions)

Telephone Number: 917-858-8018

Email Address: smu@whitewoodlaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you a member of the court's general bar? | ✔ | |
| Are you a member of the court's trial bar? | | ✔ |
| Are you appearing *pro hac vice*? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you a
   ☐ Federal Defender
   ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 08/05/2024

Attorney signature: S/Shengmao Mu
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023