# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **SEN ZHANG**, | |
| **Plaintiff,** | Civil Action No. 24-cv-6834 |
| v. | **Presiding: Jeremy C. Daniel** |
| **THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,** | **Magistrate: Shiela M. Finnegan** |
| **Defendants.** | |

## EXHIBITS 2-3 TO THE COMPLAINT (DKT 1)

## COVER PAGE

Date: August 6, 2024

Respectfully submitted,

By: /s/ Abby Neu
Shengmao (Sam) Mu, NY #5707021
Abby Neu ARDC 6327370
Keaton Smith ARDC 6347736
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*