## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SEN ZHANG, <br><br> **Plaintiff,** <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, <br><br> **Defendants.** | Civil Action No. 24-cv-6834 <br><br> Presiding: Jeremy C. Daniel <br><br> Magistrate: Shiela M. Finnegan |

### PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER AND EXPEDITED DISCOVERY

In this infringement action brought pursuant to the Copyright Act, 17 U.S.C. § 101, Plaintiff seeks entry of an *ex parte* temporary restraining order (i) enjoining Defendants from making, using, offer for sale, selling, and/or importing products the design of which infringe Plaintiff's U.S. Copyright in Exhibit 1 to the Complaint; (ii) instituting a temporary asset restraint; and (iii) ordering expedited discovery. A Memorandum of Law in support of this Motion is submitted herewith.

Date: August 6, 2024     Respectfully submitted,

By: /s/ Abby Neu
Shengmao (Sam) Mu, NY #5707021
Abby Neu ARDC 6327370
Keaton Smith ARDC 6347736
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*