UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEN ZHANG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>　　　　Defendants. | Civil Action No. 24-cv-6834<br><br>Presiding: Jeremy C. Daniel<br><br>Magistrate: Shiela M. Finnegan |

## PLAINTIFF'S MOTION FOR ENTRY OF PRELIMINARY INJUNCTION

Plaintiff files this Motion seeking entry of Preliminary Injunction. The scope of Plaintiff's proposed Preliminary Injunction Order is materially indistinguishable from the Temporary Restraining Order previously entered in this case on August 15, 2024 (Dkt. 18). A Memorandum of Law in Support is filed concurrently with this Motion.

Date: August 29, 2024

Respectfully submitted,

By: /s/ Abby Neu
Keaton Smith ARDC 6347736
Shengmao (Sam) Mu, NY #5707021
Abby Neu ARDC 6327370
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*

1