UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEN ZHANG,<br><br>      Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>      Defendants. | Civil Action No. 24-cv-6834<br><br>Presiding: Jeremy C. Daniel<br><br>Magistrate: Shiela M. Finnegan |

## REVISED EXHIBIT 1 TO THE COMPLAINT (DKT 1)

Pursuant to this Court's Order (Dkt 60), Plaintiff presents the attached revised Exhibit 1 to the Complaint containing the full copyright assignment information for the Asserted Copyright in this case.



# Certificate of Recordation

This is to certify that the attached document was recorded on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.



United States Register of Copyrights and Director

August 30, 2024

Date of Recordation

| 15028 | 175 |
|---|---|
| Volume | Doc.No. |

# ASSIGNMENT OF COPYRIGHT AND EXCLUSIVE ADMINISTRATIVE RIGHT

In consideration of the sum of One Dollar($l.00) and other good and valuable consideration, receipt of which is hereby acknowledged, the undersigned does hereby sell, assign, transfer and set over unto **Sen Zhang**. it's successors and assigns, one hundred percent (100%) in and to all of the undersigned's right, title and interest of the copyrights in the United States, throughout the world and throughout the universe, as well as all other rights, in and to each of artworks specified on Schedule "A" attached hereto and incorporated herein by this reference, together with all renewals and extensions thereof throughout the universe, whether such rights currently exist or hereafter come into effect; any and all causes of action for infringement of the same past, present and future; any and all proprietary rights; and all of the proceeds from the foregoing accrued and unpaid and hereafter accruing.

IN WITNESS WHEREOF, the undersigned has duly executed this instrument of transfer as of the 12th day of June, 2024.

*Shengmao Mu*
_____
Attorney On Behalf of Anoyar Co., Ltd

## Schedule A

VA 2-397-511



```
Type of Work:       Recorded Document

Document Number:    V15028D175

Date of Recordation:
                    2024-08-30

Entire Copyright Document:
                    V15028 D175 P1-2

Registration Number Not Verified:
                    VA0002397511

Title:              marble with golden, gray, and white patterns; Pictures Reg.
                       VA0002397511.

Notes:              Copyright Assignment.

Party 1:            Anoyar Co., Ltd.

Party 2:            Sen Zhang

Names:              Zhang, Sen
                    Anoyar Co., Ltd.

================================================================================
```

Registration Number

# VA 2-397-511

**Effective Date of Registration:**
June 05, 2024
**Registration Decision Date:**
June 11, 2024

## Title

**Title of Work:** marble with golden, gray, and white patterns

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 23, 2016
**Nation of 1st Publication:** Thailand

## Author

- **Author:** Pattanawit Chancharastong
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** Thailand

## Copyright Claimant

**Copyright Claimant:** Anoyar Co., Ltd
Sanderling Cir Unit 46, Las Vegas, NV, 89103, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Whitewood Law PLLC
**Name:** Shengmao Mu
**Email:** smu@whitewoodlaw.com
**Telephone:** (917)858-8018
**Address:** 57 West, 57th Street, 3rd and 4th Floors
New York, NY 10019 United States

## Certification

**Name:** Shengmao Mu
**Date**: June 05, 2024

**Correspondence:** Yes