# EXHIBIT 1

Pattanawit Chancharastong (Aonkj3) - Photos  9/23/24, 9:34 PM

Search portfolio

✈ Share

**Latest Photos by Pattanawit Chancharastong**

**2,399** results  | LATEST UPLOADS | BEST SELLING |





Pattanawit Chanchareshong (Aonkj3) - Photos

9/23/24, 9:34 PM








Pattanawit Chancharastong (Aonkj3) – Photos

9/23/24, 9:34 PM







Pattanawit Chancharastong (Aonkj3) - Photos

9/23/24, 9:34 PM





Pattanawit Chanchalsong (Aonkj3) - Photos

9/23/24, 9:34 PM



Pattanawit Chancharastong (Aonkj3) - Photos

9/23/24, 9:34 PM



Pattanawit Chancharoenong (Aonkj3) Photos

9/23/24, 9:34 PM



Pattanawit Chancharoenng (Aonkj3) Photos

9/23/24, 9:34 PM





Pattanawit Chancharoedong (Aonkj3) Photos

9/23/24, 9:34 PM



Pattanawit Chancharoenong (Aonkj3) Photos

9/23/24, 9:34 PM



Pattanawit Chancharaskong (Aonkj3) Photos

9/23/24, 9:34 PM



Pattanawit Chancharoenlong (Aonkj3) Photos

9/23/24, 9:34 PM





To provide you with additional information about how we collect and use your personal data, we've recently updated our **Privacy Policy** and **Terms of Service**. Please review these pages now, as they apply to your continued use of our website. This website uses cookies and other tracking technologies to collect information about your website experience and share it with our analytics and advertising partners as described in our **Privacy Policy**. By continuing to browse or by clicking to accept all cookies, you indicate your agreement.

Refuse all    Accept all

Stock Photos

Editorial

Illustrations

Videos

Audio

Free Photos

Blog

Sign up for FREE    or    Sign in

Find your perfect stock photo...    All Content

Pattanawit Chancharoeng (Aonkj3) Photos

9/23/24, 9:34 PM



Pattanawit Chancharoenkong (Aonkj3) Photos

9/23/24, 9:34 PM









Pattanawit Chancharatsong (Aonkj3) Photos

9/23/24, 9:34 PM









Pattanawit Chancharoensong (Aonkj5) Photos

9/23/24, 9:34 PM



1 2 3 4 5 6 7 8 9 10 >

NEXT PAGE

Home › Pattanawit Chancharastong › Latest Photos by Pattanawit Chancharastong

**Support Center**
About our photos
Legal / Terms of use
Contact Us
FAQ
Sitemap
Privacy policy
Plans & Pricing

**Dreamstime**
Latest images
Exclusive rights
About us
Media Room
Careers
Merchandise

**Community**
Sell your images
Blog
Message boards
Social hub
Upload image
API / Referral program
Contest

**Tools**
Corporate accounts
Photo map
Free photos
Public Domain Images
Collections
Our photographers
Photo Tools

Affiliate / Reseller
Upload & sell photo:

Copyright © 2000-2024 Dreamstime. All rights reserved.

Language English

