# EXHIBIT 2

> 袍江工厂temu上认识Cmyk: 后面如果有同类案件大家倒是可以考虑一起分摊应…

中午12:12

 Fuxiaolin



 Fuxiaolin

这款花型有老板被投诉 tro 的，可以加我微信，我这边也有同行准备抱团应诉。

 Fuxiaolin

十人左右就可拼团，平摊下来初步律师成本可能在两三百美金

 柯桥做浴帘小吕

我这边 3 个店😪

 Mr.H义乌浴帘工厂

我一个

 袍江工厂temu上认识Cmyk

一起

抱团应诉。

 Fuxiaolin

十人左右就可拼团，平摊下来初步律师成本可能在两三百美金

 柯桥做浴帘小吕

我这边 3 个店😅

 Mr.H义乌浴帘工厂

我一个

 袍江工厂temu上认识Cmyk

一起

 Fuxiaolin

我明天开始先了解一下这个花型现在的商业授权归属

 Fuxiaolin

听一位大卖说这张花型目前从 shutterstock 下架了，不知道是不是被 zhang sen 买断了

 柯桥做浴帘小吕

一直是有花型！下架的。不知道什么原因

 Fuxiaolin

我明天邮件问问图库平台，或者设计者本人



19  temu浴帘四件套工厂(10)

1726573375 这个编号也是同一个花型

 Fuxiaolin



 Fuxiaolin



 05:33

 Fuxiaolin

这位作者在 shutter 的主页是 2020 年注册的，但这个花型确实是早于这个时间久存在了

 Fuxiaolin

并且我之前有印象这个花型原始作者当时是泰国的

 Fuxiaolin

我刚刚发邮件为 shutterstock 这个 id 了 521543236

 Fuxiaolin

我先等回复

 Mr.H义乌浴帘工厂

辛苦老板🙏🙏

temu Shower Curtain Four-piece Factory (10)

袍江工厂temu上认识Cmyk: 后面如果有同类案件大家倒是可以考虑一起分摊应...

Later, if there are similar cases, we can consider sharing together

中午12:12


Fuxiaolin




Fuxiaolin

这款花型有老板被投诉tro的，可以加我微信，我这边也有同行准备抱团应诉。

If any boss has been complained about because of this flower pattern, you can add me on wechat, and we also have peers here ready to respond to the lawsuit together.


Fuxiaolin

十人左右就可拼团，平摊下来初步律师成本可能在两三百美金

About ten people can form a group, let's split down the initial lawyer costs and it may be 200 or 300 dollars each


柯桥做浴帘小吕

我这边3个店😗

I have 3 shops


Mr.H义乌浴帘工厂

我一个

I have 1


袍江工厂temu上认识Cmyk

一起

Together

  

抱团应诉。
Respond to the lawsuit together


Fuxiaolin
十人左右就可拼团，平摊下来初步律师成本可能在两三百美金
About ten people can form a group, let's split down the initial lawyer costs and it may be 200 or 300 dollars each


柯桥做浴帘小吕
我这边 3 个店 😤
I have 3 shops


Mr.H义乌浴帘工厂
我一个
I have 1


袍江工厂temu上认识Cmyk
一起
Together


Fuxiaolin
我明天开始先了解一下这个花型现在的商业授权归属
I'll start tomorrow by looking at the current commercial license for this flower pattern


Fuxiaolin
听一位大卖说这张花型目前从 shutterstock 下架了，不知道是不是被 zhang sen 买断了
According to a big seller, this flower pattern is currently removed from shutterstock, I don't know if it was bought by zhang sen


柯桥做浴帘小吕
一直是有花型！下架的。不知道什么原因
There is always this flower pattern! Removed! I don't know why


Fuxiaolin
我明天邮件问问图库平台，或者设计者本人
I'll email the gallery platform tomorrow, or the designer himself

  



**temu浴帘四件套工厂(10)** — temu Shower Curtain Four-piece Factory (10)



17265/33/5 这个编号也是同一个花型 — 17265/33/5, this number is also the same flower pattern

**Fuxiaolin**


**Fuxiaolin**



05:33

**Fuxiaolin**
这位作者在 shutter 的主页是 2020 年注册的，但这个花型确实是早于这个时间久存在了 — The author's shutter page was registered in 2020, but the pattern has been around since before that

**Fuxiaolin**
并且我之前有印象这个花型原始作者当时是泰国的 — And I was under the impression that the original author was from Thailand

**Fuxiaolin**
我刚刚发邮件为 shutterstock 这个 id 了 521543236 — I just sent an email to shutterstock with the id 521543236

**Fuxiaolin**
我先等回复 — I'll wait for the response first

**Mr.H义乌浴帘工厂**
辛苦老板🙏🙏 — Thank you for your effort