# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **SEN ZHANG**,<br><br>    **Plaintiff**,<br><br>v.<br><br>**THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT**,<br><br>    **Defendants.** | Civil Action No. 24-cv-6834<br><br>**Presiding: Jeremy C. Daniel**<br><br>**Magistrate: Shiela M. Finnegan** |

## NOTICE OF APPEAL BY PLAINTIFF SEN ZHANG

Notice is given that Plaintiff Sen Zhang in the above-named case hereby appeals to the United State Court of Appeals for the Seventh Circuit from the Order entered in this action vacating the previously entered Preliminary Injunction on October 8, 2024. Dkt. No. 96.

Date: October 11, 2024

Respectfully submitted,

By: /s/ Shengmao Mu
Shengmao (Sam) Mu, NY #5707021
Abby Neu ARDC 6327370
Keaton Smith ARDC 6347736
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*