# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

October 17, 2024

**To:**  Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

>  Appellate Case No: 24-2851
>
>  Caption:
>  SEN ZHANG,
>            Plaintiff - Appellant
>
>  v.
>
>  ANYDESIGN US, et al.,
>            Defendants - Appellees
>
>  District Court No: 1:24-cv-06834
>  Clerk/Agency Rep Thomas G. Bruton
>  District Judge Jeremy C. Daniel
>
>  Date NOA filed in District Court: 10/11/2024

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)