**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Zhang, | ) |
| | ) |
| Plaintiff, | ) Case No.: 1:24-cv-06834 |
| v. | ) |
| | ) Dist. Judge Jeremy C. Daniel |
| The Individuals, Corporations, Limited Liability Companies, Partnerships, And Unincorporated Associations Identified On Schedule A To The Complaint, | ) |
| | ) Mag. Judge Sheila M. Finnegan |
| | ) |
| | ) |
| Defendants. | ) |

**Notice of Unopposed Motion for Extension of Time**

**PLEASE TAKE NOTICE** that on October 29, 2024 at 9:30am or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Jeremy C. Daniel in Room 1419 of the Everett McKinley Dirksen United States Courthouse 219 South Dearborn Street Chicago, IL 60604, or using video or teleconferencing technology as the Court may require, and shall present the Unopposed Motion for Extension of Time [Dkt. 107].

Dated this October 21, 2024

Respectfully Submitted,

/s/Adam E. Urbanczyk
Adam E. Urbanczyk
Brian Swift
AU LLC
444 W. Lake St. 17th Floor
Chicago, IL 60606
(312) 715-7312
adamu@au-llc.com
brians@au-llc.com
*Counsel for Defendants*